DA4190



(1)

Five Star Senior Living Inc.
400 Centre St
Newton, MA 02458

FIVE STAR SENIOR LIVING



Date: 11/05/2020
Check #: 494557
Payment Amount: 39,350.26

000006 R3K6T2A
DIAMOND GENERAL CONTRACTOR LLC
PO BOX 302
TRENTON NJ 08602

## Remittance Advice

| Cost Center | Description | Supplier Reference ID | Invoice Date | Paid Amount |
|---|---|---|---|---|
| 59189 | Leisure Park | 479 | 09/15/2020 | 1,652.80 |
| 59189 | Leisure Park | 467 | 07/14/2020 | 364.61 |
| 59189 | Leisure Park | 527 | 09/15/2020 | 1,516.56 |
| 59189 | Leisure Park | 477 | 09/16/2020 | 1,285.81 |
| 59189 | Leisure Park | 536 | 10/01/2020 | 734.59 |
| 59189 | Leisure Park | 523 | 09/17/2020 | 364.61 |
| 59189 | Leisure Park | 475 | 09/06/2020 | 1,556.31 |
| 59189 | Leisure Park | 492 | 09/15/2020 | 1,516.56 |
| 59189 | Leisure Park | 524 | 08/13/2020 | 734.59 |
| 59189 | Leisure Park | 472 | 08/25/2020 | 1,838.29 |
| 59189 | Leisure Park | 530 | 09/25/2020 | 1,516.56 |
| 59189 | Leisure Park | 502 | 09/14/2020 | 364.61 |
| 59189 | Leisure Park | 476 | 09/04/2020 | 1,915.10 |
| 59189 | Leisure Park | 525 | 10/02/2020 | 364.61 |
| 59189 | Leisure Park | 481 | 09/18/2020 | 364.61 |
| 59189 | Leisure Park | 470 | 08/13/2020 | 1,929.95 |
| 59189 | Leisure Park | 474 | 09/05/2020 | 1,838.29 |
| 59189 | Leisure Park | 533 | 10/01/2020 | 1,915.10 |
| 59189 | Leisure Park | 534 | 10/02/2020 | 1,915.10 |
| 59189 | Leisure Park | 489 | 09/17/2020 | 1,516.56 |
| 59189 | Leisure Park | 483 | 09/25/2020 | 1,277.86 |
| 59189 | Leisure Park | 497 | 08/17/2020 | 1,516.56 |
| 59189 | Leisure Park | 480 | 09/18/2020 | 364.61 |
| 59189 | Leisure Park | 535 | 09/30/2020 | 1,915.10 |

PLEASE DETACH BEFORE DEPOSITING CHECK

DA4190

27,269

3

Five Star Senior Living Inc.
400 Centre St
Newton, MA 02458

FIVE STAR SENIOR LIVING

Page 1 of 1

Date: 12/02/2021
Check #: 546967
Payment Amount: 68,240.00

013635 R3K4T1A
DIAMOND GENERAL CONTRACTORS LLC
PO BOX 302
TRENTON NJ 08602

## Remittance Advice

| Cost Center | Description | Supplier Reference ID | Invoice Date | Paid Amount |
|---|---|---|---|---|
| 59189 | Leisure Park | BTRHallwayRenovation | 10/01/2021 | 68,240.00 |

| Supplier ID | Name | | |
|---|---|---|---|
| 0000100931 | DIAMOND GENERAL CONTRACTORS LLC | | |

| Check Number | Date | | Discounts Taken | Total Paid Amount |
|---|---|---|---|---|
| 546967 | 12/02/2021 | | 0.00 | 68,240.00 |

PLEASE DETACH BEFORE DEPOSITING CHECK