# Exhibit "2"

| Diamond General Contractors LLC - LEISURE PARK 1400 RT 70, LAKEWOOD, NJ 08701 | | | |
|---|---|---|---|
| **Project Name** | **Invoice Number** | **Invoice Date** | **Total** |
| ROOM #1242 BATHROOM RENO | 1205 | 12/2/2021 | $1,933.24 |
| ROOM #1242 ELECTRIC | 1206 | 2/10/2022 | $1,151.55 |
| ROOM IL #325 ELECTRIC | 1212 | 2/10/2022 | $1,428.78 |
| ROOM #325 BATHROOM | 1211 | 12/2/2021 | $1,855.28 |
| ROOM #502 ELECTRIC | 1217 | 2/10/2022 | $1,428.78 |
| ROOM #535 ELECTRIC | 1219 | 2/10/2022 | $1,428.78 |
| ROOM #1242 KITCHEN CABINETS | 1222 | 12/2/2021 | $3,028.15 |
| ROOM #325 KITCHEN CABINETS | 1225 | 12/2/2021 | $4,606.20 |
| ROOM #303 KITCHEN CABINETS | 1226 | 12/2/2021 | $4,606.20 |
| ROOM #502 KITCHEN CABINETS | 1228 | 12/2/2021 | $4,606.20 |
| ROOM #502 BATHROOM | 1228B | 12/2/2021 | $1,858.32 |
| ROOM #535 KITCHEN | 1229 | 12/2/2021 | $4,606.20 |
| ROOM #1207 KITCHEN CABINETS | 1230 | 2/18/2022 | $5,715.10 |
| ROOM #1207 BATHROOM | 1231 | 3/17/2022 | $4,403.61 |
| ROOM #1207 FLOOD REPAIR | 1233 | 3/28/2022 | $8,796.56 |
| ROOM #303 PAINTING | 1237 | 1/16/2022 | $1,343.48 |
| ROOM #535 PAINTING | 1241 | 2/10/2022 | $1,210.39 |
| ROOM #1242 PAINTING | 1242B | 2/10/2022 | $898.97 |
| ROOM #502 PAINTING | 1243 | 12/2/2021 | $1,217.66 |
| ROOM #325 PAINTING | 1243B | 2/10/2022 | $1,264.75 |
| ROOM #1205 PAINTING | 1245 | 2/10/2022 | $936.32 |
| ROOM #1205 ELECTRIC | 1246 | 2/10/2022 | $1,343.48 |
| ROOM #1205 KITCHEN CABINETS | 1247 | 12/2/2021 | $3,028.15 |
| ROOM #1205 BATHROOM | 1248 | 12/2/2021 | $1,855.28 |
| ROOM #535 KITCHEN CABINETS | 1253 | 3/6/2022 | $8,539.40 |
| ROOM #535 PAINTING | 1254 | 3/9/2022 | $3,358.69 |
| ROOM #1245 ELECTRIC | AL1245C | 12/9/2021 | $1,345.68 |
| ROOM #1245 BATHROOM | AL1245D | 12/9/2021 | $1,858.32 |
| ROOM #1237 PAINTING | 1237PAINTING | 10/15/2021 | $918.73 |
| ROOM #1237 KITCHEN CABINETS | 1237KITCHENCABINET | 3/29/2021 | $3,033.12 |
| ROOM #1237 BATHROOM | 1237BATHROOM | 3/29/2021 | $1,858.32 |
| ROOM #1237 ELECTRIC | 1237ELECTRICAL | 11/1/2021 | $1,153.44 |

| | | | |
|---|---|---|---|
| ROOM #303 PAINTING | 303PAINTING | 9/27/2021 | $1,047.28 |
| ROOM #312 BATHROOM | 312BATHROOM | 8/5/2021 | $1,855.28 |
| ROOM #225 FLOOD DAMAGE | 5162021 | 5/16/2021 | $1,997.16 |
| ROOM #105 CONSTRUCTION AND PAINT | 11162021 | 11/16/2021 | $2,819.52 |
| ROOM #105 BTR PLUMBING & ELECTRIC BATHROOM | 11162021B | 11/16/2021 | $1,730.16 |
| ROOM #106 WATER HEATER | 106WATERHEATER | 2/23/2021 | $1,516.56 |
| ROOM #118 KITCHEN | 41421 | 4/13/2021 | $5,187.79 |
| ROOM #128 KITCHEN CABINETS | 128TURN | 10/8/2021 | $5,187.79 |
| ROOM #1313 CARPET | AL1313CARPET | 3/29/2021 | $1,652.80 |
| ROOM #219 CARPET | 219CARPET | 3/29/2021 | $1,915.10 |
| ROOM #518 CARPET | 518CARPET | 3/29/2021 | $1,915.10 |
| ROOM #105 BTR CONSTRUCTION & PAINT | 105BTR(2) | 11/16/2021 | $2,819.52 |
| ROOM #225 CARPET | 3292021 | 3/29/2021 | $1,915.10 |
| ROOM #225 BATHROOM WATER DAMAGE | 225BATHROOM | 5/16/2021 | $1,760.06 |
| ROOM #303 BATHROOM | 303BATHROOM | 3/24/2021 | $1,858.32 |
| ROOM #303 ELECTRIC | 303ELECTRICAL | 10/11/2021 | $1,431.12 |
| ROOM #312 ELECTRIC | 312ELECTRICAL | 8/11/2021 | $1,428.78 |
| ROOM #312 PAINTING | 312PAINTING | 8/18/2021 | $1,228.20 |
| ROOM #312 KITCHEN CABINETS | 312KITCHENCABINETS | 10/18/2021 | $4,613.76 |
| RTU BRIDGES | 1229A | 1/16/2022 | $2,303.10 |
| ROOM #415 BATHROOM | 1256 | 3/1/2022 | $2,388.40 |
| ROOM #403 KITCHEN CABINETS | 1262 | 2/10/2022 | $5,179.30 |
| ROOM #630 PAINTING | 1279 | 2/10/2022 | $3,369.35 |
| ROOM #632 PAINTING | 1280 | 2/10/2022 | $3,060.14 |
| ROOM #628 PAINTING | 1281 | 2/10/2022 | $3,060.14 |
| ROOM #626 PAINTING | 1282 | 2/10/2022 | $3,588.60 |
| ROOM #624 PAINTING | 1283 | 2/10/2022 | $3,497.30 |
| ROOM #620 PAINTING | 1284 | 2/10/2022 | $3,390.68 |
| ROOM #617 PAINTING | 1285 | 2/10/2022 | $3,070.80 |
| ROOM #613 PAINTING | 1286 | 2/10/2022 | $3,497.30 |
| ROOM #606 PAINTING | 1287 | 2/10/2022 | $3,390.68 |
| ROOM #603 PAINTING | 1288 | 2/10/2022 | $3,028.15 |
| ROOM #602 PAINTING | 1289 | 2/10/2022 | $3,060.14 |
| ROOM #529 PAINTING | 1291 | 2/10/2022 | $2,644.30 |

| | | | |
|---|---|---|---|
| ROOM #505 PAINTING | 1290 | 2/10/2022 | $2,729.60 |
| ROOM #130 PAINTING | 1292 | 2/10/2022 | $2,930.06 |
| ROOM #431 PAINTING | 1293 | 2/10/2022 | $3,401.34 |
| ROOM #430 PAINTING | 1294 | 2/10/2022 | $3,326.70 |
| ROOM #428 PAINTING | 1295 | 2/10/2022 | $3,358.69 |
| ROOM #203 PTAC REPLACEMENT | 1017B | 10/2/2021 | $1,516.81 |
| ROOM #114 PTAC REPLACEMENT | 1022 | 9/30/2021 | $1,516.81 |
| ROOM #1213 BATHROOM | 1043 | 10/30/2021 | $1,933.24 |
| ROOM #322 PAINTING (MOLD) | 1047A | 12/1/2021 | $1,410.20 |
| ROOM #322 ELECTRIC | 1047B | 10/5/2021 | $1,473.84 |
| ROOM #1343 KITCHEN CABINETS | 1101 | 11/7/2021 | $3,004.41 |
| ROOM #419 PAINTING | 1109B | 11/24/2021 | $1,418.75 |
| ROOM #119 IL FLOORING | 1116 | 12/6/2021 | $4,793.18 |
| ROOM #334 FLOORING | 1117 | 11/28/2021 | $3,427.38 |
| ROOM #412 PAINTING WATER LEAK | 1119 | 10/18/2021 | $1,794.24 |
| ROOM #334 PAINTING (MOLD) | 1121 | 10/28/2021 | $1,830.66 |
| ROOM #1111 ELECTRIC | 1122 | 10/25/2021 | $1,196.16 |
| ROOM #1111 PAINTING WATER LEAK | 1123 | 11/13/2021 | $1,751.52 |
| ROOM #1111 BATHROOM RENO WATER LEAK | 1126 | 10/5/2021 | $1,933.24 |
| ROOM #1113 FLOORING | 1127 | 12/7/2021 | $4,030.63 |
| ROOM #1111 BATHROOM PLUMBING & ELECTRIC | 1130 | 11/10/2021 | $1,512.65 |
| ROOM #1111 FLOORING | 1130B | 11/10/2021 | $2,524.75 |
| ROOM #404 PAINTING | 1135 | 11/6/2021 | $1,514.42 |
| ROOM #403 PAINTING WATER | 1139 | 12/1/2021 | $1,623.36 |
| ROOM #405 PAINTING | 1143 | 11/28/2021 | $1,723.75 |
| ROOM #406 PAINTING | 1147 | 10/25/2021 | $1,533.64 |
| ROOM #415 PAINTING WATER LEAK | 1151D | 11/1/2021 | $1,409.76 |
| ROOM #114 BATHROOM & KITCHEN | 1152B | 10/1/2021 | $1,621.36 |
| ROOM #407 ELECTRIC | 1153D | 11/21/2021 | $1,516.50 |
| ROOM #1151 PLUMBING | 1153 | 10/8/2021 | $989.20 |
| ROOM #412 PAINTING | 1155 | 10/28/2021 | $1,508.18 |
| AL HALLWAY WATER LEAK | 1182 | 12/20/2021 | $897.41 |
| HALLWAY 2ND FLOOR WATER LEAK | 1183 | 11/2/2021 | $2,830.20 |
| ROOM #629 PAINTING | 1300 | 2/10/2022 | $3,475.98 |

| | | | |
|---|---|---|---|
| ROOM #219 PAINTING | 1301 | 2/10/2022 | $2,787.18 |
| IRRIGATION SYSTEM WINTERIZATION | 1305 | 2/10/2022 | $2,399.06 |
| CHAPEL PAINTING & CONSTRUCTION | 1304 | 2/10/2022 | $8,721.93 |
| ROOM #404 KITCHEN CABINETS | 1306 | 2/10/2022 | $9,841.49 |
| ENTRANCE SITE LIGHTING REPAIRS | 1360 | 2/10/2022 | $9,137.76 |
| SITE LIGHTING AND IRRIGATION CLOCK WIRING REPAIRS | 1361 | 2/10/2022 | $8,482.02 |
| AL KITCHEN STEAM UNIT | 1365 | 2/10/2022 | $7,410.44 |
| REPLACE OUTLETS IN BTR HALLWAYS | 1363 | 2/10/2022 | $3,038.81 |
| POWER OUTAGE IN AL KITCHEN | 1366 | 3/15/2022 | $5,171.31 |
| LIGHTING CONTROLS IN 1ST FLOOR ELECTRIC ROOM | 1364B | 2/10/2022 | $4,424.92 |
| BTR ROOM #106 REMODEL | BTR106 | 2/10/2022 | $16,420.25 |
| ROOM #106 BTR PTAC REPLACEMENT | 1267 | 1/10/2022 | $2,465.17 |
| ROOM #106 BTR DOOR REPLACEMENT | 1273 | 1/2/2022 | $1,951.24 |
| BTR ROOM #108 REMODEL | BTR108 | 2/10/2022 | $16,420.25 |
| ROOM #108 BTR PTAC REPLACEMENT | 1268 | 1/10/2022 | $2,750.93 |
| ROOM #108 BTR DOOR REPLACEMENT | 1274 | 1/2/2022 | $1,951.24 |
| BTR ROOM #110 REMODEL | BTR110 | 2/10/2022 | $16,420.25 |
| ROOM #110 BTR PTAC REPLACEMENT | 1269 | 1/10/2022 | $2,810.64 |
| ROOM #110 BTR DOOR REPLACEMENT | 1275 | 1/2/2022 | $1,951.24 |
| BTR ROOM #112 REMODEL | BTR112 | 2/10/2022 | $16,420.25 |
| ROOM #112 BTR PTAC REPLACEMENT | 1270 | 1/10/2022 | $2,646.43 |
| ROOM #112 BTR DOOR REPLACEMENT | 1276 | 1/2/2022 | $1,951.24 |
| BTR ROOM #114 REMODEL | BTR114 | 2/10/2022 | $16,420.25 |
| ROOM #114 BTR PTAC REPLACEMENT | 1271 | 1/10/2022 | $3,049.48 |
| ROOM #114 BTR DOOR REPLACEMENT | 1277 | 1/2/2022 | $1,951.24 |
| BTR ROOM #116 REMODEL | BTR116 | 2/10/2022 | $16,420.25 |
| ROOM #116 BTR PTAC REPALCEMENT | 1272 | 1/10/2022 | $2,889.54 |
| ROOM #116 BTR DOOR REPLACEMENT | 1278 | 1/2/2022 | $1,951.24 |
| ROOM #1245 AL PAINTING | AL1245B | 12/9/2021 | $1,186.12 |
| ROOM #1245 KITCHEN CABINETS | AL1245A | 12/9/2021 | $3,033.12 |
| ROOM #406 ELECTRIC | 1148 | 11/28/2021 | $1,516.56 |
| ROOM #415 KITCHEN CABINETS | 1161 | | $5,187.79 |
| ROOM #535 BATHROOM | 1218 | 12/2/2021 | $1,855.28 |
| ROOM #532 PAINTING | 1220 | 2/8/2022 | $2,862.24 |

| | | | |
|---|---|---|---|
| ROOM #122 PAINTING | 1177BC | | $1,966.95 |
| PTAC UNIT REPLACEMENT / BRICK POINTING il HALLWAY BY 432 | 1004B | 11/16/2021 | $12,004.32 |
| EXTERIOR WATERPROOFING (133-633) | 1077D | 12/5/2021 | $13,392.72 |
| HVAC UNIT BESIDE AL1147 MAINT | 1162RS | 11/6/2021 | $4,442.88 |
| ROOM #1327 BATHROOM RENO (2ND TIME) | 1181 | 12/26/2021 | $7,753.68 |
| HVAC RTU MAINTENANCE | 1184XD | 11/3/2021 | $1,217.52 |
| EXTERIOR WATERPROOFING ROOM #134-#634 | 1187K | 12/30/2021 | $14,183.04 |
| ROOM #325 BATHROOM | 1211 | 11/3/2021 | $5,312.05 |
| ROOM #325IL BATHROOM / KITCHEN | 1212KB | 12/29/2021 | $3,065.16 |
| IL: END HALLWAY BY 232 WATER LEAK | 1220A | 11/24/2021 | $9,270.24 |
| PTAC UNIT REPLACEMENT / BRICK POINTING Il HALLWAY BY 332 | 1220B | 10/14/2021 | $9,879.00 |
| ROOM #303 KITCHEN CONSTR. / MOLD REMED. | 1237KB | | $3,396.24 |
| ROOM #1245 PAINTING | 1240A | 12/20/2021 | $1,428.78 |
| HVAC UNIT MAINT (AL DINING ROOM) | 1251DR | 11/25/2021 | $897.12 |
| ROOM #BTR114 DOOR REPLACEMENT | 1277 | 12/16/2021 | $1,951.24 |
| PTAC UNIT REPLACEMENT / BRICK POINTING IL HALL 632 | 1280A | 11/26/2021 | $9,264.90 |
| PTAC UNIT REPLACEMENT / BRICK POINTING IL HALL 532 | 1280B | 12/23/2021 | $12,581.04 |
| ROOM #130 PTAC UNIT | 1308 | 12/2/2021 | $3,156.10 |
| BTR HALLWAY HEATER REPAIR | 1309 | 12/6/2021 | $2,071.92 |
| BTR VESTIBULE OUTSIDE BATHROOM AND SHOWER | 1310 | 10/15/2021 | $7,668.24 |
| BTR ELEVATOR LOBBY AND MAIN ENT | 1311 | 10/6/2021 | $10,113.96 |
| BTR REPAIR 2 DOORS BY ELEVATOR | 1312 | 10/2/2021 | $1,740.84 |
| BTR VEST TRASH ROOM AND ELEVATOR EQUIP ROOM | 1313 | 11/2/2021 | $1,698.12 |
| ROOM #636 WATER HEATER CLOSET CONSTRUCTION | 1317A | 12/19/2021 | $897.78 |
| BTR DECORATIVE BOXES | 1318 | 12/28/2021 | $1,973.66 |
| BTR - CORNER GUARD | 1319 | 11/26/2021 | $3,054.48 |
| ELEVATOR CORRIDOR SKILLED NURSING BTR ENT | 1322 | 10/20/2021 | $12,965.52 |
| BTR HALLWAY CONSTRUCTION FROM ENT DIN RM COUNTRY KITCHEN | 1322A | 9/7/2021 | $8,843.04 |
| HALLWAY IL BETWEEN KITCHEN AND LAUNDRY | 1323 | 9/14/2021 | $7,743.00 |
| IL DOCTOR OFFICE FLOORING | 1324 | 12/1/2021 | $11,059.25 |
| ROOM #539 WATER DAMAGE CONSTRUCTION | 1327 | 12/23/2021 | $3,033.12 |
| ROOM #639 CONSTRUCTION | 1328 | 12/21/2021 | $4,838.04 |
| ROOM #519 WATER DAMAGE | 1329 | 12/18/2021 | $4,106.46 |
| ROOM #416 FLOORING | 1330 | 12/26/2021 | $1,615.77 |

| | | | |
|---|---|---|---|
| ROOM #416 WATER DAMAGE | 1330B | 12/19/2021 | $11,127.49 |
| ROOM #1245 BATHROOM MOLD | AL1246F | 12/11/2021 | $4,414.34 |
| PARKING LOT LIGHTING AND POLES | 812019 | 9/15/2019 | $17,104.02 |
| WALL PACKS | 822019 | 9/15/2019 | $5,633.70 |
| REPAIR CLEAN PAINT 3 STORY AL BLDG | 832019 | 9/15/2019 | $57,900.00 |
| METAL ROOF: IL LOBBY AND LIBRARY | 842019 | 9/15/2019 | $11,347.50 |
| BRIDGES AND AL ROOFTOP UNIT REPLACEMENT | 412019 | 6/1/2019 | $21,481.12 |
| REPAIR SIDEWALK: SKILLED NURSING | 7302019 | 8/15/2019 | $2,776.80 |
| IL LIGHTS | A812019 | 9/15/2019 | $1,682.10 |
| AL FRONT ENTRANCE LIGHTS | A822019 | 9/15/2019 | $3,278.76 |
| IL PAINTING CARPORT | A832019 | 9/15/2019 | $9,873.66 |
| PAINT: GENERATOR EXHAUST/ENCLOSURE/FUEL TANK/ GAS METER | C7202019 | 8/15/2019 | $4,619.58 |
| ROOM #124 NEW SLEEVE PTAC UNIT | 1001 | | $1,516.81 |
| ROOM #128 WATER HEATER REPLACEMENT | 963 | | $1,516.56 |
| MAIN DOOR REPAIR | 1006 | | $1,419.72 |
| ROOM #203 PTAC REPLACEMENT | 1026 | | $1,516.81 |
| ROOM #128 PTAC UNIT | 1034B | | $1,516.81 |
| ROOM #420 TOILET FLANGE REPLACEMENT | 1049 | | $850.18 |
| ROOM #114 KITCHEN CABINET | 1042 | | $5,187.79 |
| ROOM #337 PAINT | 1046 | | $1,512.41 |
| ROOM #337 ELECTRICAL | 1046B | | $1,619.21 |
| ROOM #109 PTAC UNIT | 1047 | | $1,516.81 |
| ROOM #1112 BATHROOM RENO | 1050 | | $1,933.24 |
| ROOM #520 BATHROOM RENO | 1044 | | $1,858.65 |
| ROOM #406 WATER HEATER | 1052 | | $1,516.56 |
| ROOM #1209 PLUMBING BATHROOM | 1056 | | $1,644.93 |
| ROOM #1309 BATHROOM PLUMBING | 1058 | | $1,940.00 |
| ROOM #1209 BATHROOM FLOORING | 1069 | | $852.12 |
| LAUNDRY FLOORING | 1071 | | $940.61 |
| ROOM #221 COVE BASE INSTALL | 1072 | | $630.11 |
| ROOM #114 COVE BASE INSTALL | 1073 | | $539.18 |
| ROOM #522 COVE BASE INSTALL | 1074 | | $532.14 |
| ROOM #104 COVE BASE INSTALL | 1075 | | $522.71 |
| ROOM #412 KITCHEN CABINET | 1075 | | $5,187.71 |

| | | | |
|---|---|---|---|
| ROOM #630 COVE BASE INSTALL | 1076 | | $630.43 |
| ROOM #406 BATHROOM ACCESSORIES | 1079 | | $1,666.19 |
| ROOM #408 BATHROOM ACCESSORIES | 1080 | | $1,666.19 |
| ROOM #122 ELECTRICAL | 1081 | | $1,153.44 |
| ROOM #120 BATHROOM RENO | 1083 | | $1,785.86 |
| ROOM #126 BATHROOM RENO | 1083 | | $1,687.44 |
| ROOM #120 BATHROOM PLUMBING AND ELECTRICAL | 1085 | | $1,854.56 |
| ROOM #130 PTAC UNIT | 1084 | | $1,516.81 |
| ROOM #120 WATER HEATER CLOSET | 1086 | | $907.80 |
| ROOM #436 PAINTING | 1002 | | $1,653.61 |
| ROOM #419 PAINTING | 1003 | | $1,612.71 |
| ROOM #432-#434 PLUMBING | 1004 | | $1,867.24 |
| ROOM #432-#434 PLUMBING SECOND TIME | 1004 | | $1,867.24 |
| ROOM #330 DOOR REPLACEMENT | 1009 | | $1,840.80 |
| ROOM #126 ELECTRICAL | 1012 | | $1,151.55 |
| ROOM #408 PAINTING | 1017 | | $1,687.44 |
| ROOM #412 PAINT | 1018 | | $1,987.90 |
| ROOM #412 PAINT SECOND TIME | 1019 | | $1,794.24 |
| ROOM #412 ELECTRICAL | 1019 | | $1,151.55 |
| ROOM #219 BATHROOM RENO | 1027 | | $1,405.08 |
| ROOM #219 BATHROOM PLUMBING & ELECTRIC | 1028 | | $1,688.20 |
| ROOM #1335 CARPET INSTALL | 1335CARPET | | $1,285.87 |
| IL KITCHEN PLUMBING 2" PIPE | 1030 | | $907.80 |
| IL KITCHEN CABINET CONSTRUCTION | 10323B2 | | $881.27 |
| AL THERMOSTAT INSTALL | 1032B | | $3,850.14 |
| AL BATH #1 PLUMBING AND ELECTRIC | 1037 | | $1,976.79 |
| AL BATH #1 FLOORING | 1038 | | $842.72 |
| AL BATH #2 FLOORING | 1041 | | $844.82 |
| HR OFFICE LEAK REPAIR | 1042 | | $1,972.53 |
| ROOM #1313 PTAC UNIT #2 | 1044 | | $1,516.81 |
| ROOM #130 BTR CEILING REPAIR | 1045 | | $1,367.70 |
| ROOM #1201 BATHROOM RENO | 1047 | | $1,980.72 |
| ROOM #1301 CONSTRUCTION / LEAK | 1048 | | $1,932.14 |
| ROOM #1301 MOLD | 1048 | | $1,932.14 |

| | | | |
|---|---|---|---|
| ROOM #1301 ELECTRICAL | 1050 | | $1,619.21 |
| SKILLED NURSING TRASH DOOR INSTALL | 1051 | | $1,984.76 |
| ROOM #220 WATER HEATER INSTALL | 1053 | | $1,516.56 |
| ROOM #1213 PAINTING | 1054 | | $1,515.15 |
| ROOM #1213 REPAIR OUTSIDE WALL AND WINDOW | 1055 | | $4,240.80 |
| ROOM #1153 PTAC UNIT | 1057 | | $1,516.81 |
| ROOM #1147 ELECTRICAL | 1061 | | $1,619.21 |
| SKILLED NURSING RTU REPAIR | 1064 | | $1,420.11 |
| COUNTRY KITCHEN #1 PAINTING | 1076 | | $1,867.03 |
| COUNTRY KITCHEN #2 PAINTING | 1077 | | $1,867.03 |
| ROOM #633 RENO #1 | 1077 | | $6,248.90 |
| ROOM #633 PTAC UNIT BEDROOM #2 | 1079 | | $1,516.81 |
| BTR OFFICE RENO | 1081 | | $5,830.16 |
| ROOM #130 KITCHEN CABINET INSTALL | 1082 | | $5,187.79 |
| ROOM #126 BATHROOM RENO | 1085 | | $1,687.44 |
| AL BUSINESS OFFICE FLOORING | 1088 | | $2,069.78 |
| HR BATHROOM PLUMBING AND ELECTRICAL | 1093 | | $1,976.79 |
| ROOM #1201 PAINTING | 1098 | | $1,639.18 |
| ROOM #1343 PAINTING | 1099 | | $1,568.59 |
| ROOM #124 BATHROOM RENO | 1108 | | $1,405.48 |
| ROOM #334 KITCHEN CABINET INSTALL | 1128 | | $5,187.79 |
| ROOM #401 KITCHEN CABINETS | 1132 | | $9,841.49 |
| ROOM #401 BATHROOM ACCESSORIES | 1134 | | $1,512.65 |
| ROOM #404 KITCHEN CABINETS INSTALL | 1136 | | $9,841.49 |
| ROOM #404 BATHROOM ACCESSORIES | 1138 | | $1,872.44 |
| ROOM #403 BATHROOM RENO | 1142 | | $3,160.12 |
| ROOM #405 KITCHEN CABINET INSTALL | 1144 | | $9,841.49 |
| ROOM #405 BATHROOM RENO | 1146 | | $2,633.42 |
| ROOM #406 KITCHEN CABINET INSTALL | 1149 | | $9,841.49 |
| ROOM #407 KITCHEN CABINET INSTALL | 1152 | | $9,841.49 |
| ROOM #407 BATHROOM RENO | 1154 | | $1,811.16 |
| ROOM #412 BATHROOM RENO | 1158 | | $1,515.56 |
| ROOM #415 BATHROOM ACCESSORIES | 1162 | | $1,218.62 |
| ROOM #419 KITCHEN CABINET INSTALL | 1165 | | $9,841.49 |

| | | | |
|---|---|---|---|
| ROOM #419 BATHROOM ACCESSORIES | 1166 | | $1,960.72 |
| ROOM #107 PTAC INSTALL | 1169 | | $1,756.18 |
| ROOM #1147 BATHROOM RENO | 1180 | | $7,180.62 |
| ROOM #133 BATHROOM RENO | 1185 | | $2,282.60 |
| BOILER ROOM CIRCULATOR PUMP | 1186 | | $3,962.13 |
| ROOM #337 FLOORING | 1201 | | $2,594.19 |
| ROOM #124 FLOORING | 1202 | | $2,480.25 |
| ROOM #1242 PLUMBING | 1206A | | $2,269.50 |
| ROOM #1242 BATHROOM ACCESSORIES | 1206B | | $1,855.28 |
| ROOM #1245 BATHROOM RENO | 1207 | | $1,858.32 |
| ROOM #1237 PAINTING | 1209 | | $918.73 |
| ROOM #532 ELECTRICAL | 1221 | | $1,428.78 |
| ROOM #1207 BATHROOM ACCESSORIES | 1230D | | $1,624.10 |
| ROOM #303 KITCHEN EQUIPMENT & CONSTRUCTION | 1235A | | $3,396.24 |
| ROOM #325 CONSTRUCTION | 1236 | | $2,418.28 |
| ROOM #1237 PAINTING 2ND TIME | 1239 | | $1,236.85 |
| ROOM #1205 KITCHEN & BATHROOM | 1248K | | $2,424.36 |
| ROOM #227 KITCHEN CABINET | 1265 | | $5,187.79 |
| ROOM #124 KITCHEN CABINET | 1266 | | $5,187.79 |
| ROOM #225 MOLD REMED / UNIT REMODEL | 1298A | | $12,940.16 |
| ROOM #130 BTR RENO | 1307 | | $5,840.11 |
| INSTALL 5 PTAC UNITS IN HALLWAYS BESIDE 232-236 | 1315 | | $9,462.20 |
| ROOM #312 SHUT OFF WATER EMERGENCY CALL | 1316 | | $850.16 |
| RTU LIBRARY REPAIR | 1317 | | $819.12 |
| BTR ROOM 106-116 WINDOW REPAIRS | 1321 | | $2,480.72 |
| SERVICE HALLWAY COVE BASE INSTALL | 1348 | | $3,650.84 |
| BUSINESS OFFICE COVE BASE INSTALL | 1349 | | $420.32 |
| IL/AL SERVICE HALLWAY ELECTRIC | 1362 | | $3,065.47 |
| BOILER ROOM OUTDOOR LIGHTING CONTROLS | 1364A | | $4,424.94 |
| | | | |
| | | | $1,118,579.78 |